Decided November 20, 1996

## GUY OUTLAW *v.* CITY OF MERIDEN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 43 Conn. App. 387 (AC 14794/14974), is denied.

*Richard W. Gifford*, in support of the petition.

*Megan J. Green*, in opposition.

Decided November 20, 1996

## ADRIAN GIRARD, EXECUTOR (ESTATE OF SUSAN CONDON) *v.* JOSEPH WEIS

*Katherine C. Callahan* and *Karen C. Clark*, in support of the petition.

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 901 (AC 15467), is denied.